# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-10638-AMC

GEORGE  BENSON

7759 BENNETT RD

WYNCOTE, PA 19095

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GEORGE  BENSON

    7759 BENNETT RD

    WYNCOTE, PA 19095

**Counsel for debtor(s), by electronic notice only.**
    GEORGETTE MILLER
    335 EVESHAM AV

    LAWNSIDE, NJ 08045-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                    /s/ William C. Miller

Date: 4/16/2018

                    _____

                    William C. Miller, Esquire
                    Chapter 13 Standing Trustee