**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE. | : | CASE NO. |
| GEORGE BENSON | : | 18-10638 |

**STIPULATION**

COME NOW, this _____day of _____, 2018, Debtor, George Benson, by and through her attorney Michelle Lee, Esquire, and Toyota Motor Credit Corporation, by and through its attorney, Rebecca Solarz, hereby stipulate the following terms of settlement of Debtor's Motion to Determine Value and Toyota's Objection to Confirmation of Chapter 13 Plan:

WHEREAS the Debtor owns a 2014 Toyota Corolla, VIN: 2TIBURHE7EC196159

("Vehicle"); and

WHEREAS Toyota Motor Credit Corporation has a lien on the Vehicle; and

WHEREAS the Debtor has filed a Chapter 13 plan providing for payment of the Vehicle

through the plan and a Motion to Determine Value of the Vehicle; and

WHEREAS Toyota Motor Credit Corporation has filed an Objection to Confirmation; and

WHEREAS the Debtor and Toyota seek to resolve the Motion to Determine Value and the

Objection to Confirmation; it is hereby stipulated and agreed that:

1. The value of the vehicle to be paid through the plan is $10,750 at 4.75% interest.

2. The remaining balance of the claim shall be treated as a general unsecured claim.

{00327979;v1}

3. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

4. Electronic and/or facsimile signatures shall be treated as an original signature for purposes of this Stipulation.

/s/ Michelle Lee
Michelle Lee
Georgette Miller Law & Associates
119 S. Easton Road
Glenside, PA 19038
mlee@georgettemillerlaw.com

/s/ Rebecca Solarz Rebecca Solarz
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106

SO ORDERED BY THE COURT:

_____

Honorable Ashely Chan

{00327979;v1}