THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: George Benson** | : | **BK. No. 18-10638** |
| **Debtor(s).** | : | **Chapter No. 13** |
| | : | **11 U.S.C. §362** |
| **Nationstar Mortgage** | : | |
| **Movant,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **George Benson and William C. Miller, Esq., Trustee,** | : | |
| | : | |
| **Respondents.** | | |

## **ORDER**

AND NOW, this _____ day of _____, 2018, upon consideration of Nationstar Mortgage, Motion for Relief from the Automatic Stay and Debtor's Response in Opposition thereto, it is hereby ORDERED that Movant's Motion for Relief from the Automatic Stay is DENIED.

BY THE COURT:

_____

United States Bankruptcy Judge