# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                Chapter 13

                                Bankruptcy No. 18-10638-AMC

GEORGE  BENSON

7759 BENNETT RD

WYNCOTE, PA 19095

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GEORGE  BENSON

7759 BENNETT RD

WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

GEORGETTE MILLER
335 EVESHAM AV

LAWNSIDE, NJ 08045-

Date: 3/19/2019

                /S/ William C. Miller
                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee