# **IN THE UNITED STATES BANKRUPTCY COURT**
# **FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  George Benson <br>                        Debtor(s) <br><br> Toyota Motor Credit Corporation, its successors and/or assigns <br>                        Movant <br>        vs. <br><br> George Benson <br>                        Debtor(s) <br><br> William C. Miller Esq. <br>                        Trustee | CHAPTER 13 <br><br><br> NO. 18-10638 AMC |

## **PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about **March 21, 2018, docket number 15**.

                                           Respectfully submitted,

                                 By: **/s/ Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                         KML Law Group, P.C.
                                         BNY Mellon Independence Center
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA  19106
                                         215-627-1322
                                         Attorney for Movant/Applicant

July 19, 2019