```
                             United States Bankruptcy Court
                             Eastern District of Pennsylvania
In re:                                                                  Case No. 18-10638-amc
George Benson                                                           Chapter 13
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2           User: Linda                  Page 1 of 2                  Date Rcvd: Jul 18, 2019
                               Form ID: 152                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db             +George Benson,    7759 Bennett Road,    Wyncote, PA 19095-2301
cr             +Nationstar Mortgage LLC D/B/A Champion Mortgage Co,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Ste 100,    Boca Raton, FL 33487-2853
cr             +Township of Cheltenham and Cheltenham School Distr,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
14048630       +Champion Mortgage,    po box 40724,    Lansing, MI 48901-7924
14076712       +Cheltenham School District,    c/o Portnoff Law Associates, Ltd.,     P. O. Box 3020,
                 Norristown, PA 19404-3020
14048631       +Cheltenham School Real Estate Taxes,    8230 York Road,    Elkins Park, PA 19027-1514
14048632       +Cheltenham Township,    484 Norristown Rd,    St 100,   Blue Bell, PA 19422-2354
14048633       +Cheltenham Township/Mongomery County,    Cheltenham Township Finance Officer,    8230 York Road,
                 Elkins Park, PA 19027-1589
14089306       +NATIONSTAR MORTGAGE LLC,    CHAMPION MORTGAGE COMPANY,    8950 Cypress Waters Blvd.,
                 Coppell TX 75019-4620
14048640       +Township of Cheltenham,    8230 Old York Road,    Elkins Park, PA 19027-1514
14076709       +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,     P. O. Box 3020,
                 Norristown, PA 19404-3020
14048641       +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
14063193       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14048643        US attorney's office - eastern district,    615 Chestnut Street,    12 floor,
                 Philadelphia, PA 19106
14087794       +United States Department of,    Veterans Affairs,    Debt Management Center,    PO Box 11930,
                 Saint Paul MN 55111-0930
14048639        philadelphia va medical center,    university & Woodland Avenues,    Philadelphia, PA 19104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 19 2019 02:47:31      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2019 02:47:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2019 02:47:26       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14048629       +E-mail/Text: bkrpt@retrievalmasters.com Jul 19 2019 02:47:18
                 American Medical Collection Agency,    2269 S. Saw mill River Road, Bldg 3,
                 Elmsford, NY 10523-3848
14048635       +E-mail/Text: DMCCO.VBASPL@va.gov Jul 19 2019 02:47:52      Department of Veteran Affairs,
                 Debt Manage Center,    Bishop henry Whipple Federal Bldg,    1 Fedearl Drive Suite 4500,
                 Saint Paul, MN 55111-4080
14048636       +E-mail/Text: DMCCO.VBASPL@va.gov Jul 19 2019 02:47:52      Dept Of Veterans Affai,
                 Po Box 11930,    Saint Paul, MN 55111-0930
14048637       +E-mail/Text: mrdiscen@discover.com Jul 19 2019 02:46:50      Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
14048634        E-mail/Text: cio.bncmail@irs.gov Jul 19 2019 02:46:54      Department of the Treasury,
                 Financial Management Service,    PO BOX 1686,   Birmingham, AL 35201
14048638        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 19 2019 02:47:23       Jefferson Capital Syst,
                 16 Mceland Rd,    Saint Cloud, MN 56303
14048642       +E-mail/Text: EBankruptcy@UCFS.NET Jul 19 2019 02:47:55      United Consumer Finl S,
                 865 Bassett Rd,    Westlake, OH 44145-1194
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Champion Mortgage Co
14087795*      +United States Department of,    Veterans Affairs-Debt Management Center,    POB 11930,
                 Saint Paul MN 55111-0930
                                                                                TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Linda                Page 2 of 2           Date Rcvd: Jul 18, 2019
                              Form ID: 152               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
              GEORGETTE   MILLER    on behalf of Debtor George  Benson info@georgettemillerlaw.com,
               georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
               rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
               llerlaw.com
              HAROLD N. KAPLAN    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company hkaplan@rasnj.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor   Township of Cheltenham and Cheltenham School
               District jwood@portnoffonline.com,  jwood@ecf.inforuptcy.com
              KEVIN M. BUTTERY    on behalf of Creditor   Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                           TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: George Benson
    Debtor(s)

Case No: 18−10638−amc

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable

, United States Bankruptcy Court 8/13/19 at 10:00 , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

 

For The Court

Timothy B. McGrath
Clerk of Court

70 – 56
Form 152