**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  George Benson                                    CHAPTER 13

DEBTOR(S)                                                BANKRUPTCY NO: 18-10638

**CERTIFICATION OF NO RESPONSE**

     I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on June 2, 2020, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

     I respectfully request that the Court enter the attached Order.

Dated:  June 22, 2020                                    /s/ Georgette Miller
                                                         Georgette Miller
                                                         Law Offices of Georgette Miller Esq., P.C
                                                         335 Evesham Avenue
                                                         Lawnside, NJ 08045
                                                         856-323-1100
                                                         Bar I.D. 86358
                                                         Attorney for Debtor(s)

{00381751;v1}