# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: George Benson | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-10638 |

### ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $5,300.00 and $817.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $150.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: June 24, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

cc:  William C. Miller
     Chapter 13 Trustee
     1234 Market Street
     Suite# 1813
     Philadelphia, PA 19107

     United States Trustee
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     George Benson
     7759 Bennett Road
     Wyncote, PA 19095

{00381750;v1}