```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 18-10638-amc
George Benson                                                       Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 1           Date Rcvd: Jun 24, 2020
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2020.
db             +George Benson,    7759 Bennett Road,    Wyncote, PA 19095-2301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2020 at the address(es) listed below:
              GEORGETTE    MILLER    on behalf of Debtor George  Benson mlee@margolisedelstein.com,
               georgettemillerlaw@gmail.com;jcarlson@margolisedelstein.com;gmecfmail@gmail.com;smithcr50524@noti
               fy.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemillerlaw.com
              HAROLD N. KAPLAN    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company hkaplan@rasnj.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham and Cheltenham School
               District jwood@portnoffonline.com,    jwood@ecf.inforuptcy.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company cdigianantonio@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SHEETAL R. SHAH-JANI    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Champion Mortgage
               Company sshahjani@rascrane.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: George Benson | : | Chapter 13 |
| | : | |
| Debtor(s) | : | Bankruptcy No. 18-10638 |

**ORDER TO ALLOW COUNSEL FEES**

      **AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

      It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $5,300.00 and $817.00 in expenses.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation and expenses set forth in paragraph 2 less $150.00 which was paid by Debtor's prepetition, to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: June 24, 2020**

_____
Ashely M. Chan
United States Bankruptcy Judge

cc:    William C. Miller
        Chapter 13 Trustee
        1234 Market Street
        Suite# 1813
        Philadelphia, PA 19107

        United States Trustee
        833 Chestnut Street, Suite 500
        Philadelphia, PA 19107

        George Benson
        7759 Bennett Road
        Wyncote, PA 19095

{00381750;v1}