# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**George Benson**<br>    Debtor<br><br>**Nationstar Mortgage LLC d/b/a**<br>**Champion Mortgage Company**<br>    Movant<br>v.<br>**George Benson**<br>    Debtor/Respondent<br><br>**William C. Miller, Esquire**<br>    Trustee/Respondent | **Bankruptcy No. 18-10638-amc**<br><br>**Chapter 13** |

### PRAECIPE TO WITHDRAW CREDITOR'S MOTION FOR RELIEF

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief from Stay, DE 77, filed on February 26, 2020.**

By: /s/ Brandon Pack
Brandon Pack, Esquire
PA Attorney ID 311976
Roberts, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: (470) 321-7112
Fax: (404) 393-1425
Email: bpack@rasnj.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 7, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

George Benson
7759 Bennett Road
Wyncote, PA 19095

Georgette Miller
Law Office of Georgette Miller Esq PC
335 Evesham Avenue
Lawnside, NJ 08045

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

JACK K. MILLER
Jack K Miller Esq.
The Bouse Bldg.
111 S. Independence Mall E.
Philadelphia, PA 19106

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

                                                      By: /s/Brandon Pack
Brandon Pack, Esquire
PA Attorney ID 311976
Roberts, Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Phone: (470) 321-7112
Fax: (404) 393-1425
Email: bpack@rasnj.com