# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10638-AMC

GEORGE BENSON

7759 BENNETT RD

WYNCOTE, PA 19095

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GEORGE BENSON

    7759 BENNETT RD

    WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

/S/ William C. Miller

Date: 10/5/2020

William C. Miller, Esquire
Chapter 13 Standing Trustee