**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: George Benson,** | : | Chapter 13 |
| | : | |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. **18-10638-AMC** |

# O R D E R

AND NOW, this _____ day of _____2021, upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

**Date: April 13, 2021**

_____
**Honorable Ashely M. Chan**

{00384558;v1}