**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  George Benson                                CHAPTER 13

DEBTOR(S)                                            BANKRUPTCY NO: 18-10638

**CERTIFICATION OF NO RESPONSE**

    I, the undersigned, certify that, having served or caused to be served, a copy of the Notice, Application and Proposed Order on <u>October 19, 2021</u>, as shown in the Certification of Service filed in this matter, that more than 20 days have passed and that I have received no response, either oral or written, as of this date to Debtor Attorney's Application for Compensation and Reimbursement of Expenses.

    I respectfully request that the Court enter the attached Order.

Dated:  November 8, 2021                    /s/ Margolis Edelstein
                                                                Margolis Edelstein
                                                                 100 Century Parkway, Suite 200
                                                                 Mt. Laurel, NJ 08054