# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: George Benson | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 18-10638 |

## ORDER TO ALLOW COUNSEL FEES

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**
2. Compensation in the amount of $2850.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: November 8, 2021**

_____
Bankruptcy Judge

Dated: XXXXX XXXXXX XX, XXXX

cc:   Kenneth West
      Chapter 13 Trustee
      1234 Market Street, Suite 1813
      Philadelphia, PA 19107

      United States Trustee
      833 Chestnut Street, Suite 500
      Philadelphia, PA 19107

      George Benson
      7759 Bennett Road
      Wyncote, PA 19095