# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **George Benson,** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor(s).** | : | **Bankruptcy No. 18-10638-AMC** |

## **O R D E R**

AND NOW, this _____ day of _____ 2022, upon consideration of the Debtor's Motion to Modify Plan Post-Confirmation, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan is **APPROVED**.

**Date: March 8, 2022**

_____
**Honorable Ashely M. Chan**

{00384558;v1}