United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10638-amc |
| George Benson | Chapter 13 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + George Benson, 7759 Bennett Road, Wyncote, PA 19095-2301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2022         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company bpack@rasnj.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Mortgage Assets Management LLC cwohlrab@raslg.com |
| GEORGETTE MILLER | on behalf of Debtor George Benson Miller.GeorgetteR50524@notify.bestcase.com;mlee@margolisedelstein.com |
| HAROLD N. KAPLAN | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company hkaplan@rasnj.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Cheltenham and Cheltenham School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 06, 2022 | Form ID: pdf900 | Total Noticed: 1 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN M. BUTTERY
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company cdigianantonio@rascrane.com

REBECCA ANN SOLARZ
    on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

SHEETAL R. SHAH-JANI
    on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company sshahjani@rascrane.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: George Benson           :        Chapter 13
                               :
Debtor(s).                     :        Bankruptcy No. 18-10638

**ORDER TO ALLOW COUNSEL FEES**

    **AND NOW,** upon consideration of the Supplemental Application for Compensation ("the Supplemental Application") filed by the Debtor(s) counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response.

    It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED.**
2. Compensation in the amount of $1,533.00 are **ALLOWED** in favor of the Applicant.
3. The Chapter 13 trustee Chapter 13 is authorized to distribute to the Applicant the allowed compensation set forth in paragraph 2 above as an administrative expense pursuant to U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), to the extent such distribution is authorized under the terms of the confirmed Chapter 13 plan.

**Date: July 6, 2022**                          _____
                                                Bankruptcy Judge

D̶a̶t̶e̶d̶:̶ ̶M̶a̶y̶ ̶9̶,̶ ̶2̶0̶2̶2̶

cc:    Kenneth E. West,
       Chapter 13 Trustee
       1234 Market Street
       Suite# 1813
       Philadelphia, PA 19107

       United States Trustee
       833 Chestnut Street, Suite 500
       Philadelphia, PA 19107

       George Benson
       7759 Bennett Road
       Wyncote, PA 19095