**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                              Chapter 13

                                                              Bankruptcy No. 18-10638-AMC

GEORGE BENSON

7759 BENNETT RD

WYNCOTE, PA 19095

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GEORGE BENSON

    7759 BENNETT RD

    WYNCOTE, PA 19095

Counsel for debtor(s), by electronic notice only.

    GEORGETTE MILLER, ESQ.
    MARGOLIS EDELSTEIN
    170 S. INDEPENDENCE MALL W, STE 400
    PHILADELPHIA, PA 19106-

                                                              /S/ Kenneth E. West

Date: 8/23/2022                                            _____

                                                               Kenneth E. West, Esquire
                                                               Chapter 13 Standing Trustee