| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania (Philadelphia) | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>George Benson | Case Number:<br><br>2:2018-bk-10638 | |
| Name of Creditor:<br>    Mortgage Assets Management, LLC | | |
| Name of Current Servicer of account:<br>    PHH Mortgage Services | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>    PHH Mortgage Corporation<br>    PO Box 24605<br>    West Palm Beach, FL 33416<br><br>    Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>    1 Mortgage Way<br>    Mount Laurel, NJ 08054 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>    PHH Mortgage Services<br>    PO Box 24781<br>    ATTN: RSVRF<br>    West Palm Beach, FL 33416<br><br>    Telephone Number: 800-750-2518 | | **X** Check this box if you are changing the address that payments will go to. |
| 1.    **Account Number: 3357** | | _ Check this box if the account number has changed. |
| 2.    **Court Claim Number: 6** | | |
| 3.    **Signature:**<br><br>  **Check the appropriate box.**<br>        **I am the creditor.**<br>    X  **I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)**<br>        **I am the trustee, or the debtor.**<br>        **I am a guarantor, surety, endorser, or other codebtor.**<br><br>  By:    /s/ John Shelley                         Date:  02/18/2023<br>        Authorized Filing Agent for PHH Mortgage Services | | |

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              CASE NO.:     18-10638

George Benson                             CHAPTER:     13

       **Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*                      *By U.S. Postal Service First Class Mail Postage Prepaid:*

George Benson
7759 Bennett Road
Wyncote, PA 19095


*Debtor's Attorney:*           *By CM / ECF Filing:*

GEORGETTE MILLER
Dilworth Paxson LLP
1500 Market Street
Suite 3500e
Phildelphia, PA 19102


*Trustee:*                    *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107


                                                             /s/ John Shelley
                                                    _____

InfoEx, LLC
(as authorized agent for PHH Mortgage Services)