United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 18-10638-amc
George Benson | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Aug 15, 2023   Form ID: pdf900   Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George Benson, 7759 Bennett Road, Wyncote, PA 19095-2301 |
| cr | + | Township of Cheltenham and Cheltenham School Distr, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14048630 | + | Champion Mortgage, po box 40724, Lansing, MI 48901-7924 |
| 14076712 | + | Cheltenham School District, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14048631 | + | Cheltenham School Real Estate Taxes, 8230 York Road, Elkins Park, PA 19027-1514 |
| 14048632 | + | Cheltenham Township, 484 Norristown Rd, St 100, Blue Bell, PA 19422-2354 |
| 14048633 | + | Cheltenham Township/Mongomery County, Cheltenham Township Finance Officer, 8230 York Road, Elkins Park, PA 19027-1589 |
| 14048640 | + | Township of Cheltenham, 8230 Old York Road, Elkins Park, PA 19027-1514 |
| 14076709 | + | Township of Cheltenham, c/o Portnoff Law Associates, Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14048643 | | US attorney's office - eastern district, 615 Chestnut Street, 12 floor, Philadelphia, PA 19106 |
| 14087794 | + | United States Department of, Veterans Affairs, Debt Management Center, PO Box 11930, Saint Paul MN 55111-0930 |
| 14048639 | | philadelphia va medical center, university & Woodland Avenues, Philadelphia, PA 19104 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 15 2023 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 15 2023 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2023 23:45:00 | Mortgage Assets Management, LLC, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 15 2023 23:45:00 | Nationstar Mortgage LLC D/B/A Champion Mortgage Co, Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487-2853 |
| cr | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2023 23:45:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14048629 | + | Email/Text: bkrpt@retrievalmasters.com | Aug 15 2023 23:45:00 | American Medical Collection Agency, 2269 S. Saw mill River Road, Bldg 3, Elmsford, NY 10523-3848 |
| 14048635 | + | Email/Text: DMCCO.VBASPL@va.gov | Aug 15 2023 23:45:00 | Department of Veteran Affairs, Debt Manage Center, Bishop henry Whipple Federal Bldg, 1 Fedearl Drive Suite 4500, Saint Paul, MN 55111-4080 |
| 14048636 | + | Email/Text: DMCCO.VBASPL@va.gov | Aug 15 2023 23:45:00 | Dept Of Veterans Affai, Po Box 11930, Saint Paul, MN 55111-0930 |
| 14048637 | + | Email/Text: mrdiscen@discover.com | Aug 15 2023 23:45:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14048634 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 29 |

|  |  |  | Aug 15 2023 23:45:00 | Department of the Treasury, Financial Management Service, PO BOX 1686, Birmingham, AL 35201 |
|---|---|---|---|---|
| 14048638 |  | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 15 2023 23:45:00 | Jefferson Capital Syst, 16 Mceland Rd, Saint Cloud, MN 56303 |
| 14676588 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2023 23:45:00 | Mortgage Assets Management, LLC, PHH Mortgage Services, P.O. Box 24606, West Palm Beach, FL 33416-4606 |
| 14089306 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 15 2023 23:45:00 | NATIONSTAR MORTGAGE LLC, CHAMPION MORTGAGE COMPANY, 8950 Cypress Waters Blvd., Coppell TX 75019-4620 |
| 14759031 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 15 2023 23:45:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 14048641 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 15 2023 23:45:00 | Toyota Motor Credit Co, 240 Gibralter Rd Ste 260, Horsham, PA 19044-2387 |
| 14063193 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 15 2023 23:45:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14048642 | + | Email/Text: EBankruptcy@UCFS.NET | Aug 15 2023 23:45:00 | United Consumer Finl S, 865 Bassett Rd, Westlake, OH 44145-1194 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14087795 | *+ | United States Department of, Veterans Affairs-Debt Management Center, POB 11930, Saint Paul MN 55111-0930 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON DONALD PACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Champion Mortgage Company bpack@rasnj.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Mortgage Assets Management  LLC cwohlrab@ecf.courtdrive.com |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 15, 2023 | Form ID: pdf900 | Total Noticed: 29

| | |
|---|---|
| GEORGETTE MILLER | on behalf of Debtor George Benson bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| HAROLD N. KAPLAN | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company hkaplan@rasnj.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Cheltenham and Cheltenham School District jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN M. BUTTERY | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company cdigianantonio@rascrane.com |
| SHEETAL R. SHAH-JANI | on behalf of Creditor Nationstar Mortgage LLC D/B/A Champion Mortgage Company sshahjani@rascrane.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      **Chapter 13**
GEORGE BENSON

         Debtor      **Bankruptcy No.** 18-10638-AMC

# O R D E R

**AND NOW**, this ___15th___ day of ___August___, 202_3_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
GEORGETTE MILLER, ESQ.
MARGOLIS EDELSTEIN
170 S. INDEPENDENCE MALL W, STE 400
PHILADELPHIA, PA 19106-

Debtor:
GEORGE BENSON

7759 BENNETT RD

WYNCOTE, PA 19095